IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America

        v.                                                 Case No. 1:23-CR-35-RC-1

Casey Tryon-Castro

**Defendant's Request for Preliminary Jury Instruction**

Casey Tryon-Castro, through counsel, respectfully requests the court add the following instruction to its list of preliminary instructions given to the jury before opening statements. The instruction is modified from the 9th Circuit model instructions regarding pro se defendants, and can be found on the courts website at the following link:

https://www.ce9.uscourts.gov/jury-instructions/node/749.

Micaiah Joseph has decided to represent himself in this trial and not to use the services of a lawyer. He is assisted by counsel only so that he may ask them questions about legal rules to help the trial proceed smoothly. All defendants have a constitutional right to represent themselves, and that decision has no bearing on whether he is guilty. It must not affect your consideration of the case.

Because Mr. Joseph has decided to act as his own attorney, you will hear him speak at various times during the trial. He may make an opening statement and closing argument and may ask questions of witnesses, make objections, and argue legal issues to the court. I want to remind you that when Mr. Joseph speaks in these parts of the trial, he is acting as his own lawyer and his words are not evidence. The only evidence in this case comes from witnesses who testify under oath on the witness stand and from exhibits that are admitted.

Ms. Tryon-Castro has decided to be represented by an attorney. Just as all defendants can represent themselves, everyone is entitled to be represented by a lawyer in court. You should not hold against Ms. Tryon-Castro that she relied on the assistance of counsel for her defense, as opposed to Mr. Joseph who chose to represent himself.

Respectfully submitted,
/s/ Benjamin Schiffelbein
210 First Street SW, Ste 400
Roanoke, VA 24011
Benjamin_Schiffelbein@fd.org

540-777-0880

## Certificate of Service

I certify that I forwarded a copy of this motion by email to Machiah Joseph, and his stand-by counsel was served by CM/ECF, on May 30, 2024. The government was served through CM/ECF