IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America

      v.                                              Case No. 1:23-CR-35-RC

Casey Tryon-Castro, et al.

**Defendant's Motion to Exclude Witnesses from Courtroom**

Casey Tryon-Castro, through counsel, respectfully moves this court to exclude the parties' witnesses from the courtroom except when testifying or until released. Federal Rule of Evidence 615 permits a court to preclude witnesses from otherwise observing trial proceedings. The rule also permits, pursuant to (b)(1) and (2), courts to preclude witnesses from accessing trial testimony or parties from disclosing testimony to those witnesses. Because no party has requested transcripts, Ms. Tryon-Castro requests the Court also order that parties not disclose trial testimony to those witnesses who are excluded pursuant to this rule.

Respectfully submitted,

/s/ Benjamin Schiffelbein

210 First Street SW, Ste 400
Roanoke, VA 24011
Benjamin_Schiffelbein@fd.org
540 777 0888