# UNITED STATES DISTRICT COURT
## THE DISTRICT OF COLUMBIA

United States of America

                Plaintiff,

CRIMINAL NO.   23-35- (01) (RC)

Vs.

Casey Tryon Castro

                Defendant.

## COUNSELS' ACKNOWLEDGMENTS CONCERNING TRIAL EXHIBITS

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the courtroom deputy and have agreed on the exhibits that shall be submitted to the jury during deliberations.

6/7/2024
DATE EXHIBITS SENT TO JURY

_____
COUNSEL FOR PLAINTIFF

_____
COUNSEL FOR DEFENDANT