UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | Case No.  23-CR-35 |
| v. | : | |
| | : | |
| CASEY TRYON-CASTRO, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## VERDICT FORM

**COUNT ONE:** Civil Disorder

_____        ☒
Not Guilty                  Guilty

**COUNT FOUR:**

**(a)** Assaulting, Resisting, or Impeding Metropolitan Police Department Sergeant Phuson Nguyen

_____        ☒
Not Guilty                  Guilty

*Proceed to* (b) *only if you find defendant "not guilty" of* (a).

**(b)** Assaulting, Resisting, or Impeding Metropolitan Police Department Sergeant Phuson Nguyen with Acts that Constitute Only Simple Assault

_____        _____
Not Guilty                  Guilty

**COUNT FIVE:** Robbery and Aiding and Abetting

_____        ☒
Not Guilty                  Guilty

**COUNT SEVEN:**

(a) **Assaulting, Resisting, or Impeding a Metropolitan Police Department Officer and Aiding and Abetting**

_____          _____
Not Guilty               Guilty

_Proceed to_ (b) _only if you find defendant "not guilty" of_ (a).

(b) **Assaulting, Resisting, or Impeding a Metropolitan Police Department Officer with Acts that Constitute Only Simple Assault and Aiding and Abetting**

_____          _____
Not Guilty               Guilty

**COUNT TEN: Entering or Remaining in a Restricted Building or Grounds**

_____          _____
Not Guilty               Guilty

**COUNT TWELVE: Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

_____          _____
Not Guilty               Guilty

**COUNT FOURTEEN: Engaging in Physical Violence in a Restricted Building or Grounds**

_____          _____
Not Guilty               Guilty

**COUNT SIXTEEN**: Obstructing or Impeding Passage Through the Capitol Grounds or Buildings

_____
Not Guilty

___✗___
Guilty

Dated this __10__ day of __June__, 2024

FOREPERSON