| | | |
|---|---|---|
| Case Report Number: ▮▮▮▮▮ |  | ROANOKE POLICE |

# Case Report

## Administrative

| | | | |
|---|---|---|---|
| Case Report Number | ▮▮▮▮▮ | Sector | 03 |
| Subject | DRUNK PERSON/SUSPECT (S) | Map | |
| | | Beat | P303 |
| Disposition | Closed Arrest | Census/Geo Code | |
| Entered On | 8/19/2024 3:49:30 PM | Call Source | Dispatch |
| Entered By | ▮▮▮▮▮ | Related Cases | |
| Reported On | 8/17/2024 | Means | |
| Reporting Officer | ▮▮▮▮▮ | Other Means | |
| Reporting Agency | RPD - ROANOKE POLICE | Motives | |
| | | Other Motives | |
| Report Type | | Vehicle Activity | |
| Assisted By | | Direction Vehicle Traveling | |
| Occurred On (Date and Time) | Saturday 8/17/2024 8:54:00 PM | Cross Street | |
| Or Between (Date and Time) | | Notified | |
| | | Supplemental | |
| Location | ▮▮▮▮▮ | Assignment | |
| CSZ | ▮▮▮▮▮ | Assignment Date | |
| Location Name | DR PEPPER PARK | Assignment Type | |
| | | Assignment Active | |
| Verification | Verified | Status | |
| Verification Level | | Decline | |
| Precinct | | Decline Notes | |
| Jurisdiction | | Case Management | |
| Grid | A1 | | |

## For Exceptional Clearances

Clearance Basis
Exceptional Clearance Date

## Solvability

| Solvability Code | Points |
|---|---|

## Narrative

On 08/17/2024 I Officer ▮▮▮▮▮ responded to a tresspassing at Dr pepper park. I arrived on scene and located staff who advised that a female had snuck into a concert and wont leave. I located Casey who was pointed out to me by staff at

Case Report Number: ▮▮▮▮▮▮▮▮      ROANOKE POLICE

the one who wouldnt leave. I approached her and she started yelling about how she had to pee. She wouldnt let me speak on why i was there in the first place. I noticed she was unsteady on her feet and the odor of Alcoholic beverage on her breath. She was placed under arrest for intoxicated in public and taken to roanoke city jail. Once at the jail i obtained a warrant on her for intoxicated in public and served on her warrant.

Nothing Further.

### Offense

| Field | Value | Field | Value |
|---|---|---|---|
| Offense | Disorderly Conduct | Premises Entered | |
| Code Section | | Entry | |
| IBR Code | 90C | Using | Not Applicable |
| IBR Group | B | Weapons | |
| Crime Against | Society | Criminal Activity | |
| UCR Hierarchy | 24 | Type Security | |
| Cargo Theft | | Entry Type | |
| Location Type | Other/Unknown | Exit | |
| Completed | Yes | How Left Scene | |
| Hate/Bias | None (No Bias) | Tools | |
| Domestic Violence | No | | |

### Offenders

**Arrestee Name: TRYON-CASTRO, CASEY JANE**



Photo Date:            Photo Date:

### Aliases

| Alias | Alias DOB | Alias SSN |
|---|---|---|
| TRYON, CASEY JANE | ▮▮/▮▮ | ▮▮▮▮▮▮▮ |

| Case Report Number: ▮▮▮▮▮ | | ROANOKE POLICE |
|---|---|---|



| | |
|---|---|
| TRYON-CASTRO, CASEY JANE | ▮▮ |
| TRYON, CASEY JUNE | ▮▮ |

### Alerts

### Addresses

| Address Type | Address | CSZ | County | Country |
|---|---|---|---|---|
| H - Home | ▮▮▮▮▮▮▮▮▮▮ | Roanoke, VA 24014 | | |

### Phones

| Phone Type | Phone Number |
|---|---|
| H - Home | ▮▮▮▮▮ |

### Emails

| Email Address |
|---|

| | | | |
|---|---|---|---|
| Sex | Female | Resident | Resident |
| Race | White | POB | SARATOGO, NY |
| Ethnicity | Not Hispanic or Latino | DLN | ▮▮▮▮ |
| DOB | ▮▮▮▮ | DL State | Virginia |
| Age | 35 | DL Country | |
| Eye Color | Blue | SSN | ▮▮▮▮ |
| Hair Color | Blond | Marital Status | Divorced |
| Hair Style | Straight | Registered Sex Offender | |
| Hair Length | Long | EXP Date RSO | |
| Facial Hair | | Accent | |
| Complexion | Fair | Nationality | |
| Teeth | | Immigration Status | |
| Build | Medium | | |
| Height | 5' 7" | | |
| Weight | 190 | Hand | Right |

### Scars, Marks and Tattoos

| SMT | Type | Location | Description |
|---|---|---|---|

| Case Report Number: ▇▇▇▇▇▇▇ | | ROANOKE POLICE |
|---|---|---|



## Languages Spoken

| Fluency | Language |
|---|---|
| | |

| | |
|---|---|
| Attire | |
| Employer/School | WELLS FARGO |
| Employer Address | |
| Employer CSZ | ROANOKE, VA  24012 |
| Occupation/Grade | INVESTIGATOR |
| MO | |
| Other MO | |
| Habitual Offender Status | |

## Warrants

| Warrant Number | Charge | Case Number |
|---|---|---|
| | | |

## Arrest Information

### Arrested For

| Offense |
|---|
| Disorderly Conduct |

| | | | |
|---|---|---|---|
| Arrest Number | AR24-01824 | Released By | |
| Arrest Type | Taken Into Custody | Release Reason | |
| Armed With | Unarmed | Held For | |
| Multi-Clearance | Not Applicable | Fingerprints | |
| Multi-Clearance Offense | | Photos | |
| FBI Number | ▇▇▇▇ | Miranda Read | |
| State Number | ▇▇▇▇ | Miranda Waived | |
| Arrest Date | 8/17/2024 | Number of Warrants | |
| Arrest Location | | Juvenile Dispo. | |
| Force Level | | Adult Present (Name) | |
| Date/Time Booked | | Detention Name | |
| Booked Location | | Notified Name | |
| Date/Time Released | | | |
| Released Location | | | |

## Drug Activity

| Activity Type | Drug |
|---|---|
| | |

| Case Report Number: ▓▓▓▓▓▓▓ |  | ROANOKE POLICE |

Notes

## Victims
**Name:**

| | |
|---|---|
| Victim Type | Society/Public |
| Victim of | 90C - Disorderly Conduct |

### Aliases

| Alias | Alias DOB | Alias SSN |
|---|---|---|

Alerts

### Addresses

| Address Type | Address | CSZ | County | Country |
|---|---|---|---|---|

### Phones

| Phone Type | Phone Number |
|---|---|

### Emails

| Email Address |
|---|

### Scars, Marks and Tattoos

| SMT | Type | Location | Description |
|---|---|---|---|

### Languages Spoken

| Fluency | Language |
|---|---|

| | |
|---|---|
| Sex | Weight |
| Race | Resident |
| Ethnicity | POB |
| DOB | DLN |
| Age | DL State |
| Eye Color | DL Country |
| Hair Color | SSN |
| Facial Hair | Attire |
| Complexion | Employer/School |
| Height | Employer Address |

Case Report Number: ███████████    ROANOKE POLICE



| | |
|---|---|
| Employer CSZ | Offender |
| Occupation/Grade | EXP Date RSO |
| Testify | Accent |
| Injury | Nationality |
| Marital Status | Immigration Status |
| Registered Sex | Hand |

## Offender Relationships

| Offender | Relationship |
|---|---|

Circumstances
Just. Hom. Circ.

## LEOKA Info

| | |
|---|---|
| Type | Activity |
| Assignment | ORI-Other Jurisdiction |
| Assault Status | |

## LEOKA Related Offenders

| Offender |
|---|

Notes

Witnesses
Other Entities

Properties



## Roanoke City Police Department

| Case Number | Supplement Type |
|---|---|
| ▮▮▮ | Additional Information |
| **Entered On** | **Entered By** |
| 8/17/2024 10:21:06 PM | ▮▮▮ P1261 |

**Narrative**

On 08/17/2024 at approximately 2130 hours, I, Officer ▮▮▮ responded to 325 Walnut Ave SE in reference to a DIP call.

Once on scene, Officers had already located the suspect and spoken with the complainant. I began to speak with the suspect who was extremely agitated. She was yelling and arguing while I attempted to explain why we were there. I asked for her name several times and she jus kept being disorderly. I then raised my voice and asked for her name and she yelled back "none of your fucking business". I then advised Officer ▮▮▮ to detain her while I walked back to my car and look in the call screen to see if she had already been ran. As i was walking back to my car the suspect then began to resist and started to run away from Officer ▮▮▮. Officer ▮▮▮ was able to maintain control and I assisted him by grabbing the suspects left wrist with my left hand and placing my right hand on her upper arm. The suspect continued to resist. I then forced her upper torso against the car and she was placed into custody. I then transported her to the Roanoke City Adult Detention Center for Officer ▮▮▮.

Nothing further.

| BWC Activated | Intermittent Use | Start Date/Time | End Date/Time |
|---|---|---|---|
| Yes | N - No | 8/17/2024 9:27:00 PM | 8/17/2024 9:50:00 PM |
| **ICC Activated** | **Date/Time** | **Shop Number** | |
| Y - Yes | 8/17/2024 9:30:00 PM | | |