# WARRANT OF ARREST – FELONY
COMMONWEALTH OF VIRGINIA    Va. Code § 19.2-71, -72

**Roanoke City**
CITY OR COUNTY

[x] General District Court  [x] Criminal  [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

CASE NO. **GC24012674-00**

ACCUSED: **TRYON, CASEY JANE**
LAST NAME, FIRST NAME, MIDDLE NAME

8-22-24  1:00 PM
Hearing Date/Time

9-20-24  9AM

TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about **08/17/2024** did unlawfully and feloniously in violation of Section **18.2-57**, Code of Virginia: assault and batter Sgt. ▮▮▮ Roanoke City Sheriff Office knowing or having reason to know that such person was a law enforcement officer, as defined in subsection G of §18.2-57, engaged in public duties.

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN (MO. DAY YR.) | HT. (FT. IN.) | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| W | F | | 5' 05" | 180 | BLU | BLN |

SSN:
D.L.#:    STATE:

[ ] Commercial Driver's License
[ ] Commercial Motor Vehicle  [ ] Hazardous Materials

CLASS **6** FELONY

[X] EXECUTED by arresting the Accused named above on this day:

**8/17/24 @ 2355**
DATE AND TIME OF SERVICE

Sgt. ▮▮▮, Arresting Officer

BADGE NO., AGENCY AND JURISDICTION

for **Sheriff** ▮▮▮
SHERIFF

Attorney for the Accused:

Short Offense Description (not a legal definition):
**ASSAULT AND BATTER ON LAW ENFORCEMENT OFFICER**

Offense Tracking Number:
**770GM2400011701**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code: **ASL-1342-F6**

**FELONY**

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of ▮▮▮ **Roanoke City Sheriff Office**, Complainant.

**CCRE/Fingerprinting Required**

**08/17/2024 11:53 PM**
DATE AND TIME ISSUED

*Cliff M. Goodwin*
Cliff Goodwin
[ ] CLERK  [X] MAGISTRATE  [ ] JUDGE

FORM DC-312 (MASTER, PAGE ONE OF TWO) 03/21

# CRIMINAL COMPLAINT
Commonwealth of Virginia

RULES 3A:3 AND 7C:3

Roanoke City
CITY OR COUNTY

[X] General District Court
[ ] Juvenile and Domestic Relations District Court

Under penalty of perjury, I, the undersigned Complainant swear or affirm that I have reason to believe that the Accused committed a criminal offense, on or about

8/17/2024
DATE OFFENSE OCCURRED

in the [X] City [ ] County [ ] Town

of Roanoke

I base my belief on the following facts: (Print ALL information clearly.)

I, Sergeant ▮▮▮▮▮▮ was assigned to work as the Assistant Watch Commander of the Adult Detention Center on August 17, 2024. At approximately 2220 hours, Deputies ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮ and I were attempting to change Resident Casey Tryon into Detention Center clothing for safety purposes and to ensure no contraband as we were unable to thoroughly search her in her due to her combative nature. Resident Tryon had been uncooperative from the time she arrived and the facility and being aggressive when we attempted to search and take her to change. While removing her clothing, Resident Tryon became assaultive, attempting to bite Deputy ▮▮▮▮▮ on her left leg. Resident Tryon aggressively kicked me multiple times on the inside of my right knee, causing the outside of my knee to forcefully strike the wall each time. Additionally, as I attempted to remove the swimsuit from her ankle, she kicked me in the shoulder and grazed my chin with her right leg.

The statements above are true and accurate to the best of my knowledge and belief.

In making this complaint, I have read and fully understand the following:
- By swearing to these facts, I agree to appear in court and testify if a warrant or summons is issued.
- The charge in this warrant cannot be dismissed except by the court, even at my request.

Sgt ▮▮▮▮▮▮▮
NAME OF COMPLAINANT (LAST, FIRST, MIDDLE)
(PRINT CLEARLY)

SIGNATURE OF COMPLAINANT

Subscribed and sworn to before me this day,

08/17/2024  11:49 PM
DATE AND TIME

Cliff M. Goodwin
[ ] CLERK  [X] MAGISTRATE  [ ] JUDGE
Cliff Goodwin

FORM DC-311 REVISED 07/11

---

# CRIMINAL COMPLAINT

ACCUSED: Name, Description, Address/Location

Tryon, Casey Jane
LAST NAME, FIRST NAME, MIDDLE NAME

▮▮▮▮▮▮▮▮▮▮▮

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN | HT. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| W | F | ▮▮/▮▮/▮▮ | 5'06" | 180 | BLU | BRN |

SSN: ▮▮▮▮▮▮▮

[ ] Complainant is not a law-enforcement officer or animal control officer. Authorization prior to issuance of felony arrest warrant given by
[ ] Commonwealth's attorney
[ ] Law-enforcement agency having jurisdiction over alleged offense

NAME OF PERSON AUTHORIZING ISSUANCE OF WARRANT

DATE AND TIME AUTHORIZATION GIVEN

# WARRANT OF ARREST – FELONY
COMMONWEALTH OF VIRGINIA   Va. Code § 19.2-71, -72

| CASE NO. | GC24012676-00 |

**F**

Roanoke City
CITY OR COUNTY

[x] General District Court   [x] Criminal   [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

ACCUSED: TRYON, CASEY JANE
LAST NAME, FIRST NAME, MIDDLE NAME

8-22-24
1:00 PM
Hearing Date/Time

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 08/17/2024 did unlawfully and feloniously in violation of Section 18.2-57, Code of Virginia: assault and batter Deputy [redacted] Roanoke City Sheriff Office knowing or having reason to know that such person was a law enforcement officer, as defined in subsection G of §18.2-57, engaged in public duties.

9-20-24
9AM

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN | HT. | WGT. | EYES | HAIR |
|------|-----|------|-----|------|------|------|
| W | F | | 5' 05" | 180 | BLU | BLN |

SSN: [redacted]

D.L.#   STATE

[ ] Commercial Driver's License
[ ] Commercial Motor Vehicle   [ ] Hazardous Materials

**CLASS 6 FELONY**

[X] EXECUTED by arresting the Accused named above on this day:

8/17/24 @ 1355
DATE AND TIME OF SERVICE

Sgt. [redacted], Arresting Officer

[redacted]
BADGE NO., AGENCY AND JURISDICTION

for Sheriff [redacted]
SHERIFF

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

[redacted] Roanoke City Sheriff Office ........................., Complainant.

**CCRE/Fingerprinting Required**

08/17/2024 11:54 PM
DATE AND TIME ISSUED

Cliff M. Goodwin
[ ] CLERK   [x] MAGISTRATE   [ ] JUDGE
Cliff Goodwin

Attorney for the Accused:

Short Offense Description (not a legal definition):
ASSAULT AND BATTER ON LAW ENFORCEMENT OFFICER

Offense Tracking Number:
770GM2400011702

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code: ASL-1342-F6

**FELONY**

FORM DC-312 (MASTER, PAGE ONE OF TWO) 03/21

# WARRANT OF ARREST—MISDEMEANOR (STATE)

COMMONWEALTH OF VIRGINIA    Va. Code § 19.2-71, -72

Roanoke City
_____
CITY OR COUNTY

[x] General District Court  [x] Criminal  [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

CASE NO. GC24012702-00

ACCUSED:
TRYON, CASEY JANE
LAST NAME, FIRST NAME, MIDDLE NAME

[REDACTED]

11-12-24
8:30 AM
Hearing Date/Time

TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about **08/17/2024** did unlawfully in violation of Section **18.2-388**, Code of Virginia:

appear in public in an intoxicated condition.

To be completed upon service as Summons
Mailing address [ ] Same as above

| RACE | SEX | BORN | HT. | WGT. | EYES | HAIR |
|------|-----|------|-----|------|------|------|
| W | F | [REDACTED] | 5' 05" | 180 | BLU | BLN |

SSN: [REDACTED]
DL#: _____  STATE: _____

[ ] Commercial Driver's License
[ ] Commercial Motor Vehicle  [ ] Hazardous Materials

CLASS **4** MISDEMEANOR

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

_____ RPD _____, Complainant.

Execution by summons [ ] permitted at officer's discretion. [x] not permitted.

08/17/2024 10:06 PM
DATE AND TIME ISSUED

_Cliff W. Goodwin_  [ ] CLERK  [x] MAGISTRATE  [ ] JUDGE
Cliff Goodwin

[x] EXECUTED by arresting the Accused named above on this day:
[ ] EXECUTED by summoning the Accused named above on this day:
[ ] For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

8-17-24  2200
DATE AND TIME OF SERVICE

[REDACTED], ARRESTING OFFICER

[REDACTED]
BADGE NO., AGENCY AND JURISDICTION

for _____
SHERIFF

Attorney for the Accused: _____

Short Offense Description (not a legal definition):
**INTOXICATION IN PUBLIC**

Offense Tracking Number:
**770GM2400011698**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code:
**OBS-3712-M4**

STATE

FORM DC-314 (MASTER, PAGE ONE OF TWO) 07/21