UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Action No.: 23-35 (RC) |
| CASEY TRYON-CASTRO, | : Re Document No.: 245 |
| Defendant. | : |

## ORDER

### MODIFYING CONDITIONS OF RELEASE AS TO CASEY TRYON-CASTRO

Upon consideration of the Pretrial Services Agency's Pretrial Violation Report (ECF No. 245), and following a hearing on the matter at which defendant did not object to the modification, it is hereby **ORDERED** that condition 7(l) of Casey Tryon-Castro's Conditions of Release (ECF No. 38) is modified to state that she must not use alcohol at all.

**SO ORDERED.**

Dated: September 11, 2024

RUDOLPH CONTRERAS
United States District Judge