UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 23-CR-35 (RC) |
| CASEY TRYON-CASTRO, | |
| Defendant. | |

**GOVERNMENT'S AGREED MOTION TO RESCHEDULE SENTENCING HEARING**

The United States of America, by and through its undersigned attorney, the United States Attorney for the District of Columbia, respectfully moves the Court to reschedule defendant Casey Tryon-Castro's sentencing hearing to the week of November 18, 2024.

Following convictions on multiple felony and misdemeanor offenses by a federal jury, defendant Tryon-Castro is scheduled to be sentenced by this Court on Tuesday, November 12, 2024, at 3:00 p.m. Assigned government counsel, AUSA Kaitlin Klamann, is scheduled to be in a jury trial beginning that day before Judge Berman-Jackson in *United States v. Gregory Mijares*, 24-CR-41. With the exception of 12:30 p.m. to 2:30 p.m. on November 20, 2024[1], AUSA Klamann is available any time the following week - the week of November 18, 2024.

Counsel for Tryon-Castro agrees to the government's motion to reschedule the sentencing hearing and has indicated that holding the sentencing hearing the following week works better for his schedule, as well.

The government is not asking to reschedule the sentencing of co-defendant Micaiah Joseph or to reset any of the sentencing memorandum deadlines.

---

[1] AUSA Klamann has a sentencing hearing scheduled on this day and time in *United States v. Mark Sahady*, 21-CR-134 in front of Judge Nichols.

1

For these reasons, the government requests, with the agreement of the defense, that the sentencing hearing for defendant Tryon-Castro be rescheduled to the week of November 18, 2024.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By: */s/ Kaitlin Klamann*
KAITLIN KLAMANN
Assistant United States Attorney
IL Bar No. 6316768
601 D Street NW
Washington, D.C. 20530
Kaitlin.klamann@usdoj.gov
(202) 252-6778